IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA ODOM, et al.,              )
                                  )
        Plaintiffs,               )
                                  )      CIVIL ACTION NO.
        v.                        )      2:22cv673-MHT
                                  )           (WO)
NANCY BUCKNER, individually       )
and in her official capacity      )
as Commissioner, employee,        )
and supervisor of employees       )
with Alabama Department of        )
Human Resources; et al.,          )
                                  )
                                  )
        Defendants.               )
```

ORDER

As the plaintiffs have shown that defendant Sharonda Pettway has been personally served with the summons and complaint, *see* Proof of Service (Doc. 32) and Affidavit of Personal Service (Doc. 33), it is ORDERED that defendant Pettway's motion to dismiss for lack of personal jurisdiction, insufficient process, and insufficiency of service of process (Doc. 27) is denied as moot.

DONE, this the 26th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE