```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOSHUA ODOM, et al.,          )
                              )
     Plaintiffs,              )
                              )        CIVIL ACTION NO.
     v.                       )         2:22cv673-MHT
                              )             (WO)
NANCY BUCKNER,                )
individually and in her       )
official capacity as          )
Commissioner, employee,       )
and supervisor of             )
employees with Alabama        )
Department of Human           )
Resources; et al.,            )
                              )
     Defendants.              )
```

ORDER

Based on the suggestion of bankruptcy filed by defendant Jackson Hospital and Clinic (Doc. 52) and the representations made on the record on March 18, 2025, it is ORDERED that:

(1) This case is stayed as to all claims against defendants Jackson Hospital and Clinic, Inc. and Adam Scott, M.D.

(2) The motions to dismiss filed by these defendants (Doc. 10 and Doc. 21) are terminated and will be reinstated when the stay is lifted.

(3) Plaintiff's claims against defendants Nancy Buckner, Vatesha Gibbs, and Sharonda M. Pettway are severed from this case and will be assigned a new case number and styled *Joshua Odom, et al. v. Nancy Buckner, et al.* Upon establishing a new case number and file, the following docket entries are to be included in the new case file: 1-3, 7-9, 11-17, 19, 25-28, 30-51, and 53-54.

(4) Plaintiff's claims against defendants Jackson Hospital and Clinic, Inc. and Adam Scott, M.D., will remain pending under the currently assigned case number and in the current case.

(5) The filing fee is waived for the severed case.

The clerk of court is DIRECTED to (1) to set up the new case as indicated above; (2) to include this order in the new case; and (3) to docket in the new case a

copy of the docket sheet in this case, for informational purposes. If a party wishes to docket, in the new case, additional documents from this case, they need only make a request for such in the new case.

This case is administratively closed pending the court's receipt of notice from the parties of the dissolution of the bankruptcy stay.

DONE, this the 7th day of April, 2025.

                                        /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE